# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ANDREW L. BROWN,**

    **Plaintiff,**

**v.**                                                    **Case No. 3:17cv23-RV-CJK**

**BLACKWATER RIVER**
**CORRECTIONAL FACILITY,**

    **Defendant.**
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 20, 2017 (doc. 51). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of January, 2018.

       /s/ *Roger Vinson*
       **ROGER VINSON**
       **SENIOR UNITED STATES DISTRICT JUDGE**